The People of the State of New York, 
against
Ramon Frank, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered September 24, 2014, after a nonjury trial, convicting him of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered September 24, 2014, reversed, on the law, the facts, and as a matter of discretion in the interest of justice, and the accusatory instrument is dismissed.
The verdict convicting the defendant of disorderly conduct pursuant to Penal Law § 240.20(5) was not based on legally sufficient evidence and was, in any event, against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). Absent from the record is the essential quantum of proof that defendant intended to cause or recklessly created the risk of "a potential or immediate public problem" (People v Munafo, 50 NY2d 326, 331 [1980]), when his vehicle blocked two vehicles in the northbound lane of traffic on a two-way street for approximately "30 seconds" (see People v Johnson, 22 NY3d 1162, 1164 [2014]; People v Ortiz, 63 Misc 3d 32 [App Term, 1st Dept 2019]).
We note the absence of a respondent's brief.
In view of our determination, we reach no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 17, 2020